UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | Case No. 1:05-cr-146 |
| vs. ) | |
| ) | JUDGE COLLIER |
| JESUS GARNICA-MORALES ) | MAGISTRATE JUDGE LEE |

MEMORANDUM & ORDER
ARRAIGNMENT ON INDICTMENT

In accordance with Rule 10 of the Federal Rules of Criminal Procedure, an arraignment of the defendant, JESUS GARNICA-MORALES, on the indictment returned by the Grand Jury was held before the undersigned on December 15, 2005.

Those present for the hearing included:

(1) AUSA Robert Anderson for the USA.
(2) The defendant, JESUS GARNICA-MORALES.
(3) Atty. Lafonda Jones for defendant.
(4) Courtroom Deputy Pam Scott.
(5) Court Reporter Shannan Andrews.

After being sworn in due form of law the defendant was informed or reminded of his/her privilege against self-incrimination accorded under the 5th Amendment to the United States Constitution. The person present was the defendant named in the indictment.

The defendant acknowledged having been provided with a copy of the indictment. The defendant waived a formal reading of the indictment in open court and entered no plea to each count of the indictment to which the Court entered not guilty pleas on behalf of the defendant.

Presently, the case is assigned the dates set forth in a separate Discovery and Scheduling Order.

ENTER.

s/William B. Mitchell Carter
UNITED STATES MAGISTRATE JUDGE